**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CW-0305

Billy and Tonya Burkette, individually and on behalf of their
minor child, DB

- - Versus - -

Central Community School System

19th Judicial District Court
Case #: 642683
East Baton Rouge Parish

On Application for Rehearing filed on 09/30/2023 by Billy Burkette, et al

Rehearing _____denied_____

_____
Page McClendon

_____
Chris Hester

_____
Steven M. Miller

Date _____OCT 1 9 2023_____

_____
Rodd Naquin, Clerk